No. 05–5224. DAVIS v. WASHINGTON. Sup. Ct. Wash. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, and case to be argued in tandem with

No. 05–5705, *Hammon* v. *Indiana,* immediately *infra.*